Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 03048

---

ARISTA RECORDS LLC, a Delaware limited
liability company; ATLANTIC RECORDING
CORPORATION, a Delaware corporation; BMG
MUSIC, a New York general partnership;
CAPITOL RECORDS, INC., a Delaware
corporation; ELEKTRA ENTERTAINMENT
GROUP INC., a Delaware corporation;
FONOVISA, INC., a California corporation;
INTERSCOPE RECORDS, a California general
partnership; LAFACE RECORDS LLC, a
Delaware limited liability company; LAVA
RECORDS LLC, a Delaware limited liability
company; LOUD RECORDS LLC, a Delaware
corporation; MOTOWN RECORD COMPANY,
L.P., a California limited partnership; NARADA
PRODUCTIONS, INC., a Wisconsin Corporation;
NONESUCH RECORDS INC., a Delaware
corporation; PRIORITY RECORDS LLC, a
Delaware limited liability company; SONY BMG
MUSIC ENTERTAINMENT, a Delaware general
partnership; UMG RECORDINGS, INC., a
Delaware corporation; VIRGIN RECORDS
AMERICA, INC., a California corporation;
WARNER BROS. RECORDS INC., a Delaware
corporation; and ZOMBA RECORDING LLC, a
Delaware limited liability company,

Plaintiffs,

-against-

DOES 1 - 33,

Defendants.

x
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
x

Civil Action No.:



RECEIVED
MAR 2 6 2008
U.S.D.C. S.D.N.Y.
CASHIERS

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper.  See 28 U.S.C. §§ 1391(b), 1400(a).  Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, each Defendant may be found in this District and/or a substantial part of the acts of infringement complained of herein occurred in this District.  On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs.  On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one.  In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

**PARTIES**

4.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5.      Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

7.      Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.    Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9.    Plaintiff Fonovisa, Inc. is a division of Univision Music LLC.  Univision Music LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

10.    Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

11.    Plaintiff LaFace Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12.    Plaintiff Lava Records LLC, a limited liability company, is a joint venture between Atlantic Recording Corporation and Diamond Music LLC, and is duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

13.    Plaintiff Loud Records LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

14.    Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

15.    NARADA PRODUCTIONS, INC. is a corporation duly organized and existing under the laws of the State of Wisconsin, with its principal place of business in the State of New York.

16.    Plaintiff Nonesuch Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

17.    Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

18.    Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

19.    Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

20.    Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

21.    Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

22.    Plaintiff Zomba Recording LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

23.    The true names and capacities of Defendants are unknown to Plaintiffs at this time.[1]    Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address

---

[1] One of the Defendants in this case contacted Plaintiffs and provided some limited information, which in some cases includes a name and phone number. However, the information

assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity. See Exhibit A. Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

24.    Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP. Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

**COUNT I**
**INFRINGEMENT OF COPYRIGHTS**

25.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

26.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the

---

provided to Plaintiffs may not be accurate. Plaintiffs have no way to verify the accuracy of the information nor do they have sufficient identifying information to serve the complaint on that individual at this time. Plaintiffs will continue to refer to such individual as a Doe until a subpoena response provides complete identifying information.

subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

27.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

28.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing. Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

29.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These

notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

30.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

31.    As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

32.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of

Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      March 26, 2008

By: _____

    Brian E. Moran (BM-8573)
    Victor B. Kao (VK-6967)
    Robinson & Cole LLP
    885 Third Avenue, Suite 2800
    New York, NY 10022-4834
    Telephone: (212) 451-2900
    Fax: (212) 451-2999

# Exhibit A

## EXHIBIT A DOE LIST

**Doe # 1**          **IP Address:** 128.59.122.177 2007-12-07 02:08:56 EST

**Doe # 2**          **IP Address:** 128.59.197.46 2007-12-14 19:50:28 EST

**Doe # 3**          **IP Address:** 128.59.79.171 2008-01-03 19:46:15 EST

**Doe # 4**          **IP Address:** 160.39.113.73 2007-11-15 00:27:41 EST

**Doe # 5**          **IP Address:** 160.39.130.160 2008-01-17 19:51:55 EST

**Doe # 6**          **IP Address:** 160.39.139.60 2007-11-27 03:46:29 EST

**Doe # 7**          **IP Address:** 160.39.156.215 2008-01-07 22:26:48 EST

**Doe # 8**          **IP Address:** 160.39.180.91 2008-01-21 22:31:09 EST

**Doe # 9**          **IP Address:** 160.39.193.161 2008-01-31 08:38:26 EST

**Doe # 10**         **IP Address:** 160.39.210.209 2008-02-04 11:45:00 EST

**Doe # 11**         **IP Address:** 160.39.218.10 2008-01-05 15:11:10 EST

**Doe # 12**         **IP Address:** 160.39.226.152 2007-11-15 20:09:16 EST

**Doe # 13**         **IP Address:** 160.39.232.157 2007-12-13 14:44:08 EST

**Doe # 14**         **IP Address:** 160.39.242.10 2008-01-18 13:59:09 EST

**Doe # 15**         **IP Address:** 160.39.242.156 2008-01-12 16:32:52 EST

**Doe # 16**         **IP Address:** 160.39.242.79 2007-11-16 13:54:47 EST

**Doe # 17**         **IP Address:** 160.39.242.83 2008-01-04 19:29:38 EST

**Doe # 18**         **IP Address:** 160.39.244.202 2008-01-04 23:10:59 EST

**Doe # 19**         **IP Address:** 160.39.245.236 2008-01-21 05:06:20 EST

**Doe # 20**         **IP Address:** 160.39.246.160 2008-01-30 21:49:44 EST

**Doe # 21**                    **IP Address:** 160.39.247.136 2007-12-14 14:36:26 EST

**Doe # 22**                    **IP Address:** 160.39.247.43 2008-01-20 19:01:56 EST

**Doe # 23**                    **IP Address:** 160.39.247.59 2007-12-15 13:35:14 EST

**Doe # 24**                    **IP Address:** 160.39.250.114 2008-01-10 13:58:05 EST

**Doe # 25**                    **IP Address:** 160.39.250.58 2007-11-29 13:53:19 EST

**Doe # 26**                    **IP Address:** 160.39.253.135 2007-12-18 00:19:18 EST

**Doe # 27**                    **IP Address:** 160.39.253.96 2007-11-06 17:29:56 EST

**Doe # 28**                    **IP Address:** 160.39.255.104 2007-12-11 13:20:34 EST

**Doe # 29**                    **IP Address:** 160.39.255.194 2007-11-27 12:03:06 EST

**Doe # 30**                    **IP Address:** 160.39.38.181 2007-12-12 10:48:35 EST

**Doe # 31**                    **IP Address:** 160.39.48.49 2008-02-04 16:52:27 EST

**Doe # 32**                    **IP Address:** 160.39.5.194 2007-12-18 03:57:43 EST

**Doe # 33**                    **IP Address:** 209.2.49.27 2007-11-06 12:03:58 EST

## EXHIBIT A

**IP Address:** 128.59.122.177 2007-12-07 02:08:56 EST

**P2P Network:** GnutellaUS

**CASE ID#** 150813878

**Total Audio Files:** 444

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Omarion | Touch | O | 371-123 |
| BMG Music | Usher | Burn | Confessions | 354-784 |
| BMG Music | Kelly Clarkson | Walk Away | Breakaway | 352-147 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| UMG Recordings, Inc. | Black Eyed Peas | Pump It | Monkey Business | 378-166 |
| UMG Recordings, Inc. | Jay-Z | Money, Cash, Hoes | Hard Knock Life, Vol. 2 | 246-547 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |

## EXHIBIT A

**IP Address:** 128.59.197.46 2007-12-14 19:50:28 EST

**P2P Network:** GnutellaUS

**CASE ID#** 151830755

**Total Audio Files:** 456

| <u>Copyright Owner</u> | <u>Artist</u> | <u>Recording Title</u> | <u>Album Title</u> | <u>SR#</u> |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | The Closer I Get to You | Dangerously in Love | 342-236 |
| Fonovisa, Inc. | Cristian | Una Y Mil Veces | El Deseo De Oir Tu Voz | 218-622 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | You May Be Right | You May Be Right (single) | 16-718 |
| Fonovisa, Inc. | Cristian | No Podras | Agua Nueva | 143-920 |
| BMG Music | Cristian | Mi Vida Sin Tu Amor | Mi Vida Sin Tu Amor | 291-400 |
| Arista Records LLC | Whitney Houston | I Will Always Love You | Bodyguard Soundtrack | 152-583 |
| Elektra Entertainment Group Inc. | Natalie Cole | Unforgettable | Unforgettable: With Love | 138-520 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Because You Loved Me | Falling Into You | 224-159 |

## EXHIBIT A

**IP Address:** 128.59.79.171 2008-01-03 19:46:15 EST

**CASE ID#** 154176359

**P2P Network:** GnutellaUS

**Total Audio Files:** 75

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | The Firm | Phone Tap | The Album | 235-683 |
| Atlantic Recording Corporation | Lil' Kim | Crush On You | Hard Core | 230-639 |
| SONY BMG MUSIC ENTERTAINMENT | Johnny Kemp | Just Got Paid | Secrets of Flying | 92-433 |
| Motown Record Company, L.P. | DeBarge | All This Love | All This Love | 37-192 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Sweetest Thing | The Miseducation of Lauryn Hill | 254-183 |
| UMG Recordings, Inc. | Janet Jackson | When I Think of You | Control | 69-529 |
| LaFace Records LLC | Toni Braxton | He Wasn't Man Enough | The Heat | 287-194 |
| Loud Records LLC | Mobb Deep | Quiet Storm | Murda Muzik | 293-229 |

# EXHIBIT A

**IP Address:** 160.39.113.73 2007-11-15 00:27:41 EST

**CASE ID#** 147893627

**P2P Network:** GnutellaUS

**Total Audio Files:** 2037

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Nas | Ether | Stillmatic | 305-698 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | You Rock My World | Invincible | 304-780 |
| UMG Recordings, Inc. | Abba | Knowing Me, Knowing You | Arrival | N38737 |
| UMG Recordings, Inc. | The Killers | Mr. Brightside | Hot Fuss | 355-962 |
| UMG Recordings, Inc. | Tom Petty | Learning To Fly | Learning To Fly (single) | 132-590 |
| Atlantic Recording Corporation | Pretty Ricky | Grind With Me | Bluestars | 376-229 |
| Capitol Records, Inc. | Billy Idol | Dancing With Myself | Billy Idol | 39-673 |
| UMG Recordings, Inc. | Mya | Fallen | Moodring | 338-694 |
| Capitol Records, Inc. | Tina Turner | What's Love Got to Do With It | What's Love Got to Do With It (single) | 56-746 |

AO 121 (6/90)

| TO: |  | REPORT ON THE |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 |  | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO.             DATE FILED | |

| PLAINTIFF<br>ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; NARADA PRODUCTIONS, INC.; NONESUCH RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, | DEFENDANT<br>DOES 1 - 33 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | <u>See</u> Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>    ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

**IP Address:** 160.39.130.160 2008-01-17 19:51:55 EST

**CASE ID#** 155852610

**P2P Network:** GnutellaUS

**Total Audio Files:** 455

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Like a Prayer | Like A Prayer (single) | SRu 148-149 |
| BMG Music | Jamie Foxx | Extravaganza | Unpredictable | 374-820 |
| UMG Recordings, Inc. | Black Eyed Peas | Hey Mama | Elephunk | 334-398 |
| UMG Recordings, Inc. | Kanye West | The New Workout Plan | College Dropout | 347-391 |
| Narada Productions, Inc. | Jesse Cook | Olodum | Gravity | 227-140 |
| UMG Recordings, Inc. | Black Eyed Peas | My Humps | Monkey Business | 378-166 |
| Warner Bros. Records Inc. | Joni Mitchell | Both Sides Now | Both Sides Now | 275-916 |

## EXHIBIT A

**IP Address:** 160.39.139.60 2007-11-27 03:46:29 EST

**P2P Network:** GnutellaUS

**CASE ID#** 149239271

**Total Audio Files:** 220

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Kenny Chesney | Summertime | The Road and the Radio | 383-449 |
| UMG Recordings, Inc. | Kanye West | Gold Digger | Gold Digger (single) | 377-885 |
| Elektra Entertainment Group Inc. | Missy Elliott | Work It | Under Construction | 345-855 |
| UMG Recordings, Inc. | Common | Be | Be | 377-106 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| UMG Recordings, Inc. | Kanye West | Touch The Sky | Late Registration | 372-867 |
| BMG Music | Kenny Chesney | Keg in the Closet | When The Sun Goes Down | 341-104 |

## EXHIBIT A

**IP Address:** 160.39.156.215 2008-01-07 22:26:48 EST

**CASE ID#** 154652214

**P2P Network:** GnutellaUS

**Total Audio Files:** 161

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly | My Place | Flap Your Wings (single) | 360-664 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| Interscope Records | No Doubt | Bathwater | Return Of Saturn | 279-727 |
| Interscope Records | No Doubt | Just A Girl | Tragic Kingdom | 206-724 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | One Sweet Day | Daydream | 215-243 |
| UMG Recordings, Inc. | Common | The Light | Like Water For Chocolate | 279-993 |

## EXHIBIT A

**IP Address:** 160.39.180.91 2008-01-21 22:31:09 EST

**CASE ID#** 156401584

**P2P Network:** GnutellaUS

**Total Audio Files:** 1825

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Priority Records LLC | Snoop Dogg | Beautiful | Paid Tha Cost To Be Da Bo$$ | 324-295 |
| UMG Recordings, Inc. | Jay-Z | Never Change | The Blueprint | 301-441 |
| Capitol Records, Inc. | Keith Urban | You're My Better Half | Be Here | 353-271 |
| UMG Recordings, Inc. | Nazareth | Love Hurts | Hair of the Dog | N23222 |
| Arista Records LLC | Alan Jackson | Where I Come From | When Somebody Loves You | 289-367 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Juslisen | 308-859 |

**EXHIBIT A**

**IP Address:** 160.39.193.161 2008-01-31 08:38:26 EST

**CASE ID#** 157547742

**P2P Network:** AresWarezUS

**Total Audio Files:** 202

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sugar Ray | Every Morning | 14:59 | 262-149 |
| SONY BMG MUSIC ENTERTAINMENT | Our Lady Peace | Thief | Happiness Is Not A Fish That You Can Catch | 291-970 |
| Atlantic Recording Corporation | Sugar Ray | Fly | Floored | 208-769 |
| Atlantic Recording Corporation | Collective Soul | December | Collective Soul | 207-109 |
| UMG Recordings, Inc. | The Cranberries | Salvation | Salvation (single) | 223-946 |
| SONY BMG MUSIC ENTERTAINMENT | Our Lady Peace | Automatic Flowers | Clumsy | 244-057 |
| UMG Recordings, Inc. | The Cranberries | Hollywood | To the Faithful Departed | 217-619 |
| SONY BMG MUSIC ENTERTAINMENT | Our Lady Peace | Life | Spiritual Machines | 294-306 |

## EXHIBIT A

**IP Address:** 160.39.210.209 2008-02-04 11:45:00 EST

**CASE ID#** 158024826

**P2P Network:** GnutellaUS

**Total Audio Files:** 566

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Prayer | A New Day Has Come | 311-366 |
| Elektra Entertainment Group Inc. | Missy Elliott | The Rain (Supa Dupa Fly) | Supa Dupa Fly | 245-232 |
| UMG Recordings, Inc. | 50 Cent | Patiently Waiting | Get Rich Or Die Tryin' | 337-801 |
| Elektra Entertainment Group Inc. | Missy Elliott | She's a Bitch | Da Real World | 179-190 |

AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; NARADA PRODUCTIONS, INC.; NONESUCH RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, | DEFENDANT<br><br>DOES 1 - 33 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | <u>See</u> Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

**IP Address:** 160.39.218.10 2008-01-05 15:11:10 EST

**P2P Network:** GnutellaUS

**CASE ID#** 154370308

**Total Audio Files:** 58

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Sum 41 | In Too Deep | All Killer No Filler | 298-689 |
| Capitol Records, Inc. | Yellowcard | Ocean Avenue | Ocean Avenue | 343-413 |
| Capitol Records, Inc. | Coldplay | The Scientist | A Rush of Blood to the Head | 322-958 |
| Elektra Entertainment Group Inc. | Jason Mraz | You and I Both | Waiting for My Rocket to Come | 357-729 |
| UMG Recordings, Inc. | Blink-182 | I Miss You | Blink-182 | 345-359 |
| Capitol Records, Inc. | Coldplay | Fix You | X&Y | 376-828 |
| UMG Recordings, Inc. | Akon | Lonely | Trouble | 361-456 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Wonderwall | (What's The Story) Morning Glory | 289-141 |

# EXHIBIT A

**IP Address:** 160.39.226.152 2007-11-15 20:09:16 EST

**CASE ID#** 147985860

**P2P Network:** GnutellaUS

**Total Audio Files:** 241

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Pretty Ricky | Grind With Me | Bluestars | 376-229 |
| UMG Recordings, Inc. | Gwen Stefani | Luxurious | Love.Angel.Music.Baby. | 364-759 |
| UMG Recordings, Inc. | Kanye West | Heard 'Em Say | Late Registration | 372-867 |
| UMG Recordings, Inc. | Ludacris | Pimpin' All Over The World | The Red Light District | 364-863 |
| BMG Music | Kelly Clarkson | Walk Away | Breakaway | 352-147 |
| UMG Recordings, Inc. | Black Eyed Peas | Pump It | Monkey Business | 378-166 |
| Priority Records LLC | Snoop Dogg | Beautiful | Paid Tha Cost To Be Da Bo$$ | 324-295 |
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| BMG Music | O-Town | All Or Nothing | O-Town | 294-872 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |

## EXHIBIT A

**IP Address:** 160.39.232.157 2007-12-13 14:44:08 EST

**CASE ID#** 151667227

**P2P Network:** GnutellaUS

**Total Audio Files:** 241

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Kanye West | Touch The Sky | Late Registration | 372-867 |
| BMG Music | Jamie Foxx | Unpredictable | Unpredictable | 374-820 |
| BMG Music | Kelly Clarkson | Walk Away | Breakaway | 352-147 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| UMG Recordings, Inc. | Mary J. Blige | Be Without You | The Breakthrough | 384-873 |
| UMG Recordings, Inc. | Ludacris | Pimpin' All Over The World | The Red Light District | 364-863 |
| Zomba Recording LLC | R. Kelly | Burn It Up | TP.3 Reloaded | 375-213 |
| BMG Music | Alabama | Song Of The South | Southern Star | 100-925 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Life's a Bitch | Illmatic | 207-177 |

**EXHIBIT A**

**IP Address:** 160.39.242.10 2008-01-18 13:59:09 EST

**CASE ID#** 155943535

**P2P Network:** GnutellaUS

**Total Audio Files:** 888

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Abba | Chiquitita | Voulez-Vous | 10-318 |
| Capitol Records, Inc. | Beastie Boys | Ch-Check It Out | To the 5 Boroughs | 360-352 |
| SONY BMG MUSIC ENTERTAINMENT | Cyndi Lauper | Time After Time | She's So Unusual | 50-827 |
| BMG Music | Dave Matthews Band | Satellite | Under the Table and Dreaming | 285-688 |
| Capitol Records, Inc. | Bonnie Raitt | You | Longing In Their Hearts | 221-613 |
| Virgin Records America, Inc. | Ben Harper | Diamonds on the Inside | Diamonds on the Inside | 328-960 |
| Capitol Records, Inc. | David Bowie | China Girl | Let's Dance | 47-053 |
| UMG Recordings, Inc. | Beastie Boys | Girls | Licensed To Ill | 79-470 |
| UMG Recordings, Inc. | Abba | The Winner Takes It All | The Winner Takes It All | 54-688 |

# EXHIBIT A

**IP Address:** 160.39.242.156 2008-01-12 16:32:52 EST

**CASE ID#** 155202502

**P2P Network:** GnutellaUS

**Total Audio Files:** 1009

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Gimme Some More | Extinction Level Event (The Final World Front) | 269-647 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Ex-Factor | The Miseducation Of Lauryn Hill | 254-183 |
| BMG Music | Alicia Keys | Girlfriend | Songs in A Minor | 299-410 |
| Warner Bros. Records Inc. | Madonna | Hung Up | Confessions on a Dance Floor | 375-278 |
| UMG Recordings, Inc. | Memphis Bleek | Is That Your Chick | Understanding | 267-365 |
| BMG Music | Tyrese | Just a Baby Boy | 2000 Watts | 293-345 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | La Tortura | Fijacion Oral Vol. 1 | 372-418 |

**EXHIBIT A**

**IP Address:** 160.39.242.79 2007-11-16 13:54:47 EST

**CASE ID#** 148064442

**P2P Network:** AresWarezUS

**Total Audio Files:** 382

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Fabolous | Sickalicious | Street Dreams | 342-573 |
| UMG Recordings, Inc. | Shyne | Shyne | Godfather Buried Alive | 363-006 |
| LaFace Records LLC | Usher | My Way | My Way | 257-730 |
| UMG Recordings, Inc. | Joe Budden | Fire | Joe Budden | 334-117 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Got The Life | Follow the Leader | 263-749 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Falling Away from Me | Issues | 276-133 |
| UMG Recordings, Inc. | Obie Trice | Cheers | Cheers | 341-637 |
| UMG Recordings, Inc. | Nirvana | All Apologies | In Utero | 172-276 |
| UMG Recordings, Inc. | 50 Cent | Get In My Car | The Massacre | 366-051 |
| Arista Records LLC | Santana | Maria Maria | Supernatural | 289-833 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; NARADA PRODUCTIONS, INC.; NONESUCH RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, | DEFENDANT<br>DOES 1 - 33 |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | See Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

**IP Address:** 160.39.242.83 2008-01-04 19:29:38 EST

**CASE ID#** 154287163

**P2P Network:** GnutellaUS

**Total Audio Files:** 1007

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Sean Paul | Like Glue | Dutty Rock | 352-634 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | La Tortura | Fijacion Oral Vol. 1 | 372-418 |
| Atlantic Recording Corporation | Brandy | Top of The World | Never Say Never | 256-701 |
| UMG Recordings, Inc. | Jay-Z | Where I'm From | In My Lifetime, Vol. 1 | 243-495 |
| Atlantic Recording Corporation | Craig David | Fill Me In | Born To Do It | 303-747 |
| Motown Record Company, L.P. | Boyz II Men | Water Runs Dry | II | 196-004 |
| SONY BMG MUSIC ENTERTAINMENT | Ginuwine | In Those Jeans | The Senior | 331-436 |

## EXHIBIT A

**IP Address:** 160.39.244.202 2008-01-04 23:10:59 EST

**CASE ID#** 154304623

**P2P Network:** GnutellaUS

**Total Audio Files:** 496

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Marvin Gaye | Distant Lover | Let's Get It On | N8961 |
| UMG Recordings, Inc. | Tom Petty | Refugee | Damn The Torpedoes | 14-497 |
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Look Into My Eyes | Art Of War | 240-553 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | You Owe Me | Nastradamus | 276-132 |
| UMG Recordings, Inc. | Ghostface | Ghostface | The Pretty Toney Album | 353-392 |
| Lava Records LLC | Kid Rock | Cowboy | Devil Without A Cause | 204-532 |
| Virgin Records America, Inc. | Smashing Pumpkins | Ava Adore | Adore | 261-479 |
| UMG Recordings, Inc. | Young Jeezy | And Then What | And Then What | 375-085 |
| Capitol Records, Inc. | Pink Floyd | Brain Damage | Dark Side Of The Moon | N5354 |

# EXHIBIT A

**IP Address:** 160.39.245.236 2008-01-21 05:06:20 EST

**CASE ID#** 156299269

**P2P Network:** GnutellaUS

**Total Audio Files:** 89

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | OK Go | Here It Goes Again | Oh No | 377-392 |
| UMG Recordings, Inc. | Nelly Furtado | Showtime | Loose | 387-509 |
| UMG Recordings, Inc. | Mya | Whatever Bitch | Moodring | 338-694 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Float On | Good News For People Who Love Bad News | 353-218 |
| UMG Recordings, Inc. | Weezer | The World Has Turned and Left Me Here | Weezer (Blue Album) | 187-644 |
| BMG Music | Kelly Clarkson | Gone | Breakaway | 352-147 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | Under A Blood Red Sky | 49-959 |
| Elektra Entertainment Group Inc. | Third Eye Blind | God of Wine | Third Eye Blind | 188-673 |

## EXHIBIT A

**IP Address:** 160.39.246.160 2008-01-30 21:49:44 EST

**CASE ID#** 157500726

**P2P Network:** GnutellaUS

**Total Audio Files:** 317

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Shakira | La Tortura | Fijacion Oral Vol. 1 | 372-418 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |
| Warner Bros. Records Inc. | Green Day | Nice Guys Finish Last | Nimrod | 244-558 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| Warner Bros. Records Inc. | Green Day | Burnout | Dookie | 185-457 |
| Elektra Entertainment Group Inc. | Missy Elliott | Get Your Freak On | Miss E…So Addictive | 297-686 |
| UMG Recordings, Inc. | Snow Patrol | Tiny Little Fractures | Final Straw | 353-890 |

# EXHIBIT A

**IP Address:** 160.39.247.136 2007-12-14 14:36:26 EST          **CASE ID#** 151801937

**P2P Network:** GnutellaUS          **Total Audio Files:** 118

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Enrique Iglesias | Rhythm Divine | Enrique | 214-257 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Nothing Can Come Between Us | Stronger Than Pride | 93-822 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Black | Ten | 137-787 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Never As Good As The First Time | Promise | 71-848 |
| Virgin Records America, Inc. | Blur | Out of Time | Think Tank | SRu494-203 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Nelly Furtado | No Hay Igual | Loose | 387-509 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

# EXHIBIT A

**IP Address:** 160.39.247.43 2008-01-20 19:01:56 EST

**CASE ID#** 156233937

**P2P Network:** GnutellaUS

**Total Audio Files:** 1398

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Pretty Ricky | Your Body | Bluestars | 376-229 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hey Nas | God's Son | 332-713 |
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| LaFace Records LLC | Toni Braxton | How Could An Angel Break My Heart | Secrets | 233-892 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Nas is Coming | It Was Written | 220-016 |
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |

AO 121 (6/90)

| TO: | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
| --- | --- | --- |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York | |
| --- | --- | --- |
| DOCKET NO. | DATE FILED | 500 Pearl Street<br>New York, NY 10007-1312 |

| PLAINTIFF<br>ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; NARADA PRODUCTIONS, INC.; NONESUCH RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, | DEFENDANT<br>DOES 1 - 33 |
| --- | --- |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| --- | --- | --- |
| | See Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
| --- | --- | --- |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
| --- | --- | --- |
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

## EXHIBIT A

**IP Address:** 160.39.247.59 2007-12-15 13:35:14 EST

**CASE ID#** 151925170

**P2P Network:** GnutellaUS

**Total Audio Files:** 839

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Sade | By Your Side | Lovers Rock | 298-354 |
| UMG Recordings, Inc. | Gwen Stefani | Rich Girl | Love.Angel.Music.Baby. | 364-759 |
| SONY BMG MUSIC ENTERTAINMENT | Beyonce | Naughty Girl | Dangerously in Love | 342-236 |
| Warner Bros. Records Inc. | Prince | Do Me Baby | Controversy | 30-445 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| BMG Music | Angie Stone | Stay for a While | Stone Love | 360-099 |
| BMG Music | The Strokes | Reptilia | Room on Fire | 342-282 |
| UMG Recordings, Inc. | Nelly Furtado | Te Busque | Loose | 387-509 |
| Priority Records LLC | Ice Cube | Bop Gun | Lethal Injection | 198-283 |

# EXHIBIT A

**IP Address:** 160.39.250.114 2008-01-10 13:58:05 EST

**CASE ID#** 154972409

**P2P Network:** GnutellaUS

**Total Audio Files:** 1009

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Rihanna | Kisses Don't Lie | A Girl Like Me | 387-137 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| SONY BMG MUSIC ENTERTAINMENT | Omarion | Touch | O | 371-123 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| UMG Recordings, Inc. | Common | Come Close | Come Close to Me (single) | 323-854 |
| Arista Records LLC | Whitney Houston | It's Not Right But It's Okay | My Love is Your Love | 298-453 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Ex-Factor | The Miseducation Of Lauryn Hill | 254-183 |
| Zomba Recording LLC | Backstreet Boys | Incomplete | Never Gone | 365-999 |

**EXHIBIT A**

**IP Address:** 160.39.250.58 2007-11-29 13:53:19 EST

**CASE ID#** 149684784

**P2P Network:** AresWarezUS

**Total Audio Files:** 260

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| Zomba Recording LLC | Justin Timberlake | Rock Your Body | Justified | 319-834 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| BMG Music | Dave Matthews Band | Two Step | Crash | 212-572 |
| Capitol Records, Inc. | Billy Idol | Cradle of Love | Charmed Life | 115-717 |
| Virgin Records America, Inc. | UB40 | Can't Help Falling In Love | Promises And Lies | 186-039 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | The Way You Make Me Feel | Bad | 84-256 |

## EXHIBIT A

**IP Address:** 160.39.253.135 2007-12-18 00:19:18 EST

**CASE ID#** 152246201

**P2P Network:** AresWarezUS

**Total Audio Files:** 387

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Chamillionaire | Ridin | The Sound of Revenge | 381-901 |
| UMG Recordings, Inc. | The Killers | Somebody Told Me | Hot Fuss | 355-962 |
| UMG Recordings, Inc. | Weezer | Only in Dreams | Weezer (Blue Album) | 187-644 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | It's Still Rock And Roll To Me | Glass Houses | 17-630 |
| Atlantic Recording Corporation | Genesis | In Too Deep | Invisible Touch | 73-982 |
| UMG Recordings, Inc. | Kanye West | Jesus Walks | College Dropout | 347-391 |
| Warner Bros. Records Inc. | Fleetwood Mac | Tusk | Tusk (single) | 12-408 |
| BMG Music | Hall & Oates | Family Man | H2O | 41-909 |
| UMG Recordings, Inc. | LL Cool J | I Need Love | Bigger And Deffer | 83-510 |

# EXHIBIT A

**IP Address:** 160.39.253.96 2007-11-06 17:29:56 EST

**CASE ID#** 147126877

**P2P Network:** GnutellaUS

**Total Audio Files:** 215

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Bjork | Joga | Homogenic | 245-199 |
| UMG Recordings, Inc. | Sheryl Crow | My Favorite Mistake | The Globe Sessions | 279-383 |
| Warner Bros. Records Inc. | Fleetwood Mac | Dreams | Rumours | N39857 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | I'm Glad | This Is Me...Then | 322-106 |
| Arista Records LLC | Dido | Hunter | No Angel | 289-904 |
| Motown Record Company, L.P. | Erykah Badu | Bag Lady | Bag Lady (single) | 269-910 |
| Interscope Records | No Doubt | Don't Speak | Tragic Kingdom | 206-724 |
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Aeroplane | One Hot Minute | 243-059 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Criminal | Tidal | 227-923 |

## EXHIBIT A

**IP Address:** 160.39.255.104 2007-12-11 13:20:34 EST

**CASE ID#** 151391505

**P2P Network:** GnutellaUS

**Total Audio Files:** 475

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Can't Let Go | Emotions | 134-831 |
| Arista Records LLC | Whitney Houston | I'm Your Baby Tonight | I'm Your Baby Tonight (single) | 129-257 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Someday | Mariah Carey | 118-408 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | The Power of Love | The Colour of My Love | 191-558 |
| Zomba Recording LLC | R. Kelly | Burn It Up | TP.3 Reloaded | 375-213 |
| BMG Music | Jamie Foxx | Love Changes | Unpredictable | 374-820 |

AO 121 (6/90)

| TO: | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; LOUD RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; NARADA PRODUCTIONS, INC.; NONESUCH RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC, | | DEFENDANT<br>DOES 1 - 33 |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | See Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

**EXHIBIT A**

**IP Address:** 160.39.255.194 2007-11-27 12:03:06 EST

**CASE ID#** 149306451

**P2P Network:** GnutellaUS

**Total Audio Files:** 643

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Ghostface | Ghostface | The Pretty Toney Album | 353-392 |
| UMG Recordings, Inc. | Sheryl Crow | Leaving Las Vegas | Tuesday Night Music Club | 209-823 |
| SONY BMG MUSIC ENTERTAINMENT | Keb' Mo' | Just Like You | Just Like You | 218-023 |
| Capitol Records, Inc. | Bonnie Raitt | Thing Called Love | Nick of Time | 102-443 |
| Capitol Records, Inc. | Bonnie Raitt | You | Longing In Their Hearts | 221-613 |
| Warner Bros. Records Inc. | Fleetwood Mac | Gypsy | Mirage | 36-910 |
| Nonesuch Records Inc. | Wilco | At Least That's What You Said | A Ghost is Born | 360-196 |
| Lava Records LLC | Kid Rock | Cowboy | Devil Without A Cause | 204-532 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Bury Me With It | Good News For People Who Love Bad News | 353-218 |
| UMG Recordings, Inc. | Weezer | The Other Way | Make Believe | 376-565 |

# EXHIBIT A

**IP Address:** 160.39.38.181 2007-12-12 10:48:35 EST

**P2P Network:** GnutellaUS

**CASE ID#** 151507115

**Total Audio Files:** 152

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Mary J. Blige | Real Love | What's The 411? | 149-212 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Should've Never | On The 6 | 267-571 |
| UMG Recordings, Inc. | Nelly Furtado | Te Busque | Loose | 387-509 |
| SONY BMG MUSIC ENTERTAINMENT | Lyfe Jennings | Hypothetically | Lyfe 268-192 | 363-168 |
| Arista Records LLC | Pink | Family Portrait | M!ssundaztood | 326-672 |
| UMG Recordings, Inc. | Kanye West | Bring Me Down | Late Registration | 372-867 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Iris | Dizzy Up the Girl | 246-538 |
| Capitol Records, Inc. | Yellowcard | Ocean Avenue | Ocean Avenue | 343-413 |
| LaFace Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Prayer | A New Day Has Come | 311-366 |

## EXHIBIT A

**IP Address:** 160.39.48.49 2008-02-04 16:52:27 EST

**P2P Network:** GnutellaUS

**CASE ID#** 158049180

**Total Audio Files:** 406

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 112 | If I Hit | Pleasure & Pain | 370-035 |
| Arista Records LLC | Whitney Houston | My Love | Just Whitney | 325-211 |
| Arista Records LLC | Whitney Houston | How Will I Know | Whitney Houston | 60-716 |
| UMG Recordings, Inc. | Lloyd Banks | When the Chips are Down | The Hunger for More | 360-559 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Zomba Recording LLC | Ciara | Oh | Goodies | 355-316 |
| SONY BMG MUSIC ENTERTAINMENT | Lyfe Jennings | Must Be Nice | Lyfe 268-192 | 363-168 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Beat It | Thriller | 41-965 |
| UMG Recordings, Inc. | Prince | Black Sweat | Black Sweat (single) | 385-928 |

# EXHIBIT A

**IP Address:** 160.39.5.194 2007-12-18 03:57:43 EST

**CASE ID#** 152265265

**P2P Network:** GnutellaUS

**Total Audio Files:** 341

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Jimmy Eat World | Your New Aesthetic | Clarity | 262-667 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin (single) | 58-389 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Live Forever | Definitely Maybe | 206-408 |
| UMG Recordings, Inc. | Counting Crows | Colorblind | This Desert Life | 271-316 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Stand By Me | Be Here Now | 243-629 |
| UMG Recordings, Inc. | Soft Cell | Tainted Love | Non-Stop Erotic Cabaret | 32-408 |
| UMG Recordings, Inc. | Akon | Locked Up | Bananza (Belly Dancer) (single) | 345-008 |
| SONY BMG MUSIC ENTERTAINMENT | Dixie Chicks | I Can Love You Better | Wide Open Spaces | 252-000 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Don't Look Back In Anger | (What's The Story) Morning Glory | 289-141 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Drive | Make Yourself | 278-818 |

**EXHIBIT A**

**IP Address:** 209.2.49.27 2007-11-06 12:03:58 EST

**CASE ID#** 147106495

**P2P Network:** GnutellaUS

**Total Audio Files:** 177

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Air Supply | Lost in Love | Lost In Love | 38-070 |
| SONY BMG MUSIC ENTERTAINMENT | REO Speedwagon | Keep on Loving You | Keep on Loving You (single) | 25-255 |
| SONY BMG MUSIC ENTERTAINMENT | Gloria Estefan | Reach | Destiny | 224-314 |
| Arista Records LLC | Air Supply | Now And Forever | Now And Forever | 37-592 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| SONY BMG MUSIC ENTERTAINMENT | Willie Nelson | Seven Spanish Angels | Half Nelson | 79-710 |
| UMG Recordings, Inc. | Dru Hill | These Are The Times | Enter the Dru | 290-402 |
| SONY BMG MUSIC ENTERTAINMENT | Cyndi Lauper | Time After Time | She's So Unusual | 50-827 |
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |