UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARISTA RECORDS LLC, *et al.*,

        Plaintiffs,

    -against-

DOES 1-33,

        Defendant.

: Civil Action No.: 2:08-cv-03048-CM

: Filed Electronically

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against all remaining Defendant Does, each party to bear its/his or her own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: Stamford, CT
       September 2, 2008

                            ROBINSON & COLE LLP
                            Attorneys for Plaintiffs

                            By: _____
                            Brian E. Moran (BM-8573)
                            Victor B. Kao (VK-6967)
                            885 Third Avenue, Suite 2800
                            New York, NY 10022-4834
                            Telephone: (212) 451-2900
                            Facsimile: (212) 451-2999